# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DONITA BARNES, individually )<br>　　and as next of kin of CYNTHIA KAY )<br>　　HORTON, deceased, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>vs.　　　　　　　　　　　　　　　　　　) Case No. CIV-13-516-SPS<br>　　　　　　　　　　　　　　　　　　　)<br>(1) UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant. ) | |

## PLAINTIFF'S DESIGNATION OF PORTIONS OF
## DEPOSITION OF SALLY BERGER, M.D.

The Plaintiff, Donita Barnes, anticipates introducing the following excerpts of the video deposition of Sally Berger, M.D.:

1. Page 4, Lines 6 – 12

2. Page 7, Line 12 through Page 8, Line 4

3. Page 11, Line 24 through Page 13, Line 8

4. Page 13, Lines 12 – 23

5. Page 14, Lines 6 – 11

6. Page 17, Line 21 through Page 18, Line 2

7. Page 18, Line 14 through Page 19, Line 10

8. Page 30, Lines 14 – 19

9. Page 31, Line 7 through Page 33, Line 23

10. Page 34, Lines 2 – 8

11. Page 35, Line 14 through Page 44, Line 11

12. Page 45, Lines 14- 19

13. Page 46, Line 21 through Page 47, Line 17

14. Page 49, Line 24 through Page 51, Line 18

15. Page 52, Line 1 through Page 54, Line 12

16. Page 54, Line 20 through Page 60, Line 15

17. Page 61, Line 9 through Page 62, Line 17

18. Page 63, Line 12 through Page 65, Line 16

19. Page 66, Lines 12 – 19

20. Page 71, Line 24 through Page 73, Line 21

21. Page 74, Line 4 through Page 75, Line 23

22. Page 77, Lines 9 – 20

23. Page 79, Line 18 through Page 80, Line 3


Respectfully submitted,

   /s/ S. Randall Sullivan
S. Randall Sullivan, OBA No. 11179
RANDALL SULLIVAN, P.C.
1900 N.W. Expressway, Suite 605
Oklahoma City, Oklahoma 73118
(405) 236-2264
(405) 236-2193(Fax)
randy@sullivanlawcenter.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

susan.brandon@usdoj.gov

                                        /s/ S. Randall Sullivan
                                      S. Randall Sullivan