# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

DONITA BARNES, individually and as next )
of kin of CYNTHIA KAY HORTON, deceased, )
          Plaintiff, )
vs.             )    Case No. CIV-13-516-SPS
              )
UNITED STATES OF AMERICA,   )
         Defendant. )

## JOINT LIST OF DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND OBJECTIONS

  **I. SALLY BERGER, M.D.**

**PLAINTIFF'S DESIGNATION OF PORTIONS FOR SALLY BERGER, M.D.**

The Plaintiff, Donita Barnes, anticipates introducing the following excerpts of the video deposition of Sally Berger, M.D.:

1. Page 4, Lines 6 – 12

2. Page 7, Line 12 through Page 8, Line 4

3. Page 11, Line 24 through Page 13, Line 8

4. Page 13, Lines 12 – 23

5. Page 14, Lines 6 – 11

6. Page 17, Line 21 through Page 18, Line 2

7. Page 18, Line 14 through Page 19, Line 10

8. Page 30, Lines 14 – 19

9. Page 31, Line 7 through Page 33, Line 23

10. Page 34, Lines 2 – 8

11.     Page 35, Line 14 through Page 44, Line 11

12.     Page 45, Lines 14- 19

13.     Page 46, Line 21 through Page 47, Line 17

14.     Page 49, Line 24 through Page 51, Line 18

15.     Page 52, Line 1 through Page 54, Line 12

16.     Page 54, Line 20 through Page 60, Line 15

17.     Page 61, Line 9 through Page 62, Line 17

18.     Page 63, Line 12 through Page 65, Line 16

19.     Page 66, Lines 12 – 19

20.     Page 71, Line 24 through Page 73, Line 21

21.     Page 74, Line 4 through Page 75, Line 23

22.     Page 77, Lines 9 – 20

23.     Page 79, Line 18 through Page 80, Line 3

Defendant has no objections to Plaintiff's Designation Portions For Sally Berger, M.D.

# DEFENDANT'S COUNTER-DESIGNATIONS FOR SALLY BERGER M.D.

| PAGE | LINE(S) | OBJECTIONS BY PLAINTIFF |
|---|---|---|
| 4 | 6-12 | |
| 5 | 19-25 | |
| 6 | 1-5 | |
| 7 | 12-25 | |
| 8 | 1-19 | |
| 10 | 15-25 | |
| 11 | 1-4, 16-25 | |
| 12 | 1- 25 | |
| 13 | 1- 23 | |
| 15 | 14-25 | |
| 16 | 1 | |
| 17 | 9-25 | |
| 18 | 1-2, 14-25 | |
| 19 | 1-19 | |
| 21 | 20-25 | |
| 22 | 24-25 | |
| 23 | 1-10 | |
| 24 | 1-24 | |
| 26 | 4-10 | |
| 31 | 7-25 | |
| 33 | 3-23 | |
| 34 | 2-8, 20-25 | |
| 35 | 1-4, 7-25 | |
| 36 | 1-17 | |
| 40 | 23-25 | |
| 41 | 1-25 | |
| 42 | 1-25 | |
| 43 | 1-11 | |
| 45 | 24-25 | |
| 46 | 1-3, 21-25 | |
| 47 | 18-25 | |
| 48 | 1-6, 11-24 | |
| 49 | 24-25 | |
| 50 | 1-11 | |
| 52 | 17-25 | |
| 53 | 1-18 | |

| 54 | 4-12, 20-25 | |
| 55 | 1-5, 22-25 | |
| 56 | 1-25 | |
| 57 | 1-25 | |
| 58 | 1-7, 17-25 | |
| 59 | 1-9, 24-25 | |
| 60 | 1-9 | |
| 66 | 1-25 | |
| 67 | 1-10 | |
| 68 | 12-25 | |
| 69 | 1-4 | |
| 71 | 15-25 | |
| 72 | 1-24 | |
| 74 | 4-25 | |
| 75 | 1-23 | |
| 78 | 13-25 | |
| 79 | 1-11 | |

Plaintiff has no objections to Defendant's Designation Portions For Sally Berger, M.D.

                                                   MARK F. GREEN
                                                   United States Attorney

| s/ S. Randall Sullivan | s/ Susan Stidham Brandon |
|---|---|
| S. Randall Sullivan, OBA #11179 | Susan Stidham Brandon, OBA #12501 |
| RANDALL SULLIVAN, P.C. | Assistant U.S. Attorney |
| 1900 N.W. Expressway, Suite 605 | 520 Denison Avenue |
| Oklahoma City, OK 73118 | Muskogee, OK 74401 |
| 405-236-2264 – Telephone | 918-684-5112- phone |
| 405-236-2193 – Facsimile | 918-684-5130 – fax |
| randy@sullivanlawcenter.com | Susan.Brandon@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

        I hereby certify that on April 2, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant: Randall Sullivan, Attorney for Plaintiff, email: Randy@sullivanlawcenter.com.

                                             s/ Susan Stidham Brandon
                                             SUSAN STIDHAM BRANDON
                                             Assistant U.S. Attorney